822

No. 87–1959.  Phillips Petroleum Co. et al. v. Brown et al.  C. A. 10th Cir.  Certiorari denied.

No. 87–1960.  Spoor v. Bigford.  C. A. 5th Cir.  Certiorari denied.

No. 87–1963.  Koziara et al. v. Commissioner of Internal Revenue.  C. A. 6th Cir.  Certiorari denied.

No. 87–1964.  Melnick v. State Farm Mutual Automobile Insurance Co. et al.  Sup. Ct. N. M.  Certiorari denied.

No. 87–1966.  Jensen v. Haines, Warden.  C. A. 8th Cir.  Certiorari denied.

No. 87–1967.  Barrow v. Hood et al.  C. A. 11th Cir.  Certiorari denied.

No. 87–1969.  Borough of Berwick et al. v. Neiderhiser et al.  C. A. 3d Cir.  Certiorari denied.

No. 87–1970.  Ohai v. Nevada.  Sup. Ct. Nev.  Certiorari denied.

No. 87–1971.  Griffin, by and Through her Next Friend and Natural Father, Griffin, et al. v. Ford Motor Co.  C. A. 11th Cir.  Certiorari denied.

No. 87–1974.  Rousselle v. Louisiana.  Ct. App. La., 4th Cir.  Certiorari denied.

No. 87–1976.  Alumax Inc. v. U. S. Aluminum Corporation/Texas.  C. A. 9th Cir.  Certiorari denied.

No. 87–1977.  Marine Bank of Springfield, Special Administrator of the Estate of Weller v. Hendrickson et al.  C. A. 7th Cir.  Certiorari denied.

No. 87–1978.  Mehta et al. v. Board of Trustees of the Connecticut State Universities et al.  C. A. 2d Cir.  Certiorari denied.